UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
KAMOLPORN LUMMAYOS, as Parent and Natural　　　　　　　　 :
Guardian of R.L. *et al.*,　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Plaintiffs,　　　　　　　　　　　 :　　　23 Civ. 5802 (JPC)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　-v-　　　　　　　　　　　　　　　　　　　　　　　　:　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
DAVID C. BANKS, in his Official Capacity as　　　　　　　　　 :
Chancellor of the New York Department of Education *et*　　 :
*al.*,　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Defendants.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

　　　On July 15, 2023, Plaintiffs filed a proposed order to show cause, Dkts. 7-9, seeking declaratory and injunctive relief. Defendants have been served with the summons and Complaint in this action but have not yet appeared. Dkt. 6.

　　　By July 18, 2023, Plaintiffs shall serve Defendants with copies of the materials at Docket Numbers 7-9, as well as this Order. Plaintiffs shall file proof of such service on the docket by July 20, 2023. Defendants shall file any response to Plaintiffs' filing by July 31, 2023. The Court will hold a hearing on Plaintiffs' application for injunctive relief on August 3, 2023, at 4:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007.

　　　SO ORDERED.

Dated: July 17, 2023　　　　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge