```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KAMOLPORN LUMMAYOS, as Parent and Guardian of                          :
R.L. et al.,                                                           :
                                                                       :
                              Plaintiffs,                              :   23 Civ. 5802 (JPC)
                                                                       :
              -v-                                                      :   ORDER
                                                                       :
DAVID C. BANKS, in His Official Capacity as                            :
Chancellor of the New York Department of Education et                  :
al.,                                                                   :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of the parties' agreement that all remaining claims in this action are moot, Dkt. 35, the Court dismisses this case without prejudice for lack of subject matter jurisdiction. *See Hernandez v. Conriv Realty Assocs.*, 182 F.3d 121, 123 (2d Cir. 1999) ("Article III deprives federal courts of the power to dismiss a case with prejudice where federal subject matter jurisdiction does not exist."). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Date: November 24, 2023
      New York, New York

                                                    _____
                                                         JOHN P. CRONAN
                                                         United States District Judge